IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00096-PAB-KLM

BANKCARD MANAGEMENT CONSULTING, LLC, a Colorado corporation,

    Plaintiff,

v.

NETS, INC., a Nebraska corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 30; Filed March 20, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#30-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: March 21, 2013